```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 05615
    PERCY PALAO
    MARIA PALAO                                 CHAPTER 13

                                                JUDGE: BRUCE W BLACK
           Debtor
    SSN XXX-XX-3723       SSN XXX-XX-5651

-----------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 02/17/04 and confirmed on 04/22/04.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  14520.00 .

     4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------------
LITTON LOAN SERVICING IN  MORTGAGE ARRE    6228.84          .00          6228.84
LITTON LOAN SERVICING IN  CURRENT MORTG       .00           .00              .00
APEX CONSTRUCTION & REMO  UNSECURED      NOT FILED          .00              .00
ARROW FINANCIAL SERVICES  UNSECURED      NOT FILED          .00              .00
CAPITAL ONE FINANCIAL     UNSECURED         427.44          .00           117.59
DAIMLER CHRYSLER FINANCI  UNSECURED       15558.89          .00          4280.37
PORTFOLIO RECOVERY ASSOC  UNSECURED        1174.49          .00           323.11
T MOBILE                  UNSECURED         522.30          .00           143.69
T MOBILE                  UNSECURED      NOT FILED          .00              .00
USAA                      UNSECURED      NOT FILED          .00              .00
PREMIER BANKCARD/CHARTER  UNSECURED         319.11          .00            87.79
CAPITAL ONE FINANCIAL     UNSECURED         773.37          .00           212.76
          Summary of disbursements:
-----------------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED   6228.84         .00      18775.60        .00      25004.44
PRINCIPAL PAID       6228.84         .00       5165.31        .00      11394.15
INTEREST PAID            .00         .00           .00        .00           .00
TOTAL PAID           6228.84         .00       5165.31        .00      11394.15
The Debtor's attorney, JOSEPH WROBEL ESQ              , was allowed $  2700.00
and was paid $    480.00   direct and $   2220.00   through the plan.

The Trustee received $     575.85 .

Refunds to the Debtor totaled $     330.00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 12/14/07                          /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE
```